*E-Filed 6/12/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO R. WILLIAMS, | No. C 12-2479 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. In 2011, petitioner filed a habeas action (11-4366 RS) in which he challenged the same conviction at issue in the instant petition. The instant petition, then, will be regarded as a motion to reopen the previous action (11-4366) rather than as a new petition. Accordingly, this action is DISMISSED as erroneously opened. No filing fee is due. The prior action will be reopened.

**IT IS SO ORDERED**.

DATED: June 12, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-2479 RS (PR)
ORDER OF DISMISSAL